IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SANDRA AURELIA MAY, | ) | CIVIL NO. 13-00177 HG- RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PATRICK R. DONAHUE, | ) | |
| POSTMASTER GENERAL, | ) | |
| UNITED STATES POSTAL | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendant. | | |
| _____ | | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (Doc. 9)

Findings and Recommendation (Doc. 9) having been filed and served on all parties on April 19, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that the District Court (1) Dismiss The Complaint With Leave to Amend; (2) Deny Plaintiff's Application to Proceed Without Prepayment of Fees; and  (3) Deny Plaintiff's Request for Appointment of Counsel" are adopted

//

//

as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: May 7, 2013, Honolulu, Hawaii.



/S/ Helen Gillmor

Helen Gillmor
United States District Judge