IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA AURELIA MAY, ) | CIVIL NO. 13-00177 HG-RLP |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PATRICK R. DONAHOE, ) | |
| POSTMASTER GENERAL, UNITED ) | |
| STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**FINDINGS AND RECOMMENDATION AS MODIFIED (ECF NO. 18.)**

Findings and Recommendation (ECF No. 18) having been filed and served on all parties on July 9, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that the District Court (1) Dismiss the First Amended Complaint with Leave to Amend; (2) Deny Plaintiff's Second Application to Proceed Without Prepayment of Fees; and (3) Deny Plaintiff's Second Request for Appointment of Counsel" (ECF No. 18) are adopted as the opinion and order of this Court with the following modification:

//

//

//

//

Page 8, number (2) of the Conclusion shall be modified to read:  DENY Plaintiff's Second Application to proceed without prepayment of fees with leave to file another application if she chooses to file a second amended complaint.

IT IS SO ORDERED.

DATED: July 30, 2013, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

May v. Donahoe, 13-cv-177 HG-RLP, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION AS MODIFIED (ECF NO. 18)